# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

|  |  |
|---|---|
| GREGORY ALLEN,<br><br>                Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS; SGT. Jason Kaehler and DOES 1-10,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:23-cv-5746-BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Defendant Washington State Department of Corrections' (DOC) motion for summary judgment, Dkt. 45 is GRANTED. Allen's claims are DISMISSED.

Dated this 7th day of November, 2025.

Ravi Subramanian
Clerk

*s/Michael Williams*
Deputy Clerk
