**HONORABLE BENJAMIN H. SETTLE**

John R. Bonin, WSBA #25760
Attorney for Plaintiff Gregory Allen
John R. Bonin, P.S.
PO Box 783
Shelton, WA 98584

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| GREGORY ALLEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et. al<br><br>                    Defendants. | Case No.: 3:23-cv-05746<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

<u>**PLAINTIFF'S NOTICE OF APPEAL**</u>

TO THE HONORABLE BENJAMIN H. SETTLE:

      Plaintiff files this notice of appeal to the United States Court of Appeals for the Ninth Circuit from the United States District Court for the Western District of Washington, appealing the following judgments and orders:

      1.  The Order Granting Summary Judgment (Dkt. No. 53) entered November 7, 2025.

      2.  The Order Denying Reconsideration (Dkt. No. 63) entered January 14, 2026.

      The November 7, 2025, Order Granting Summary Judgment disposed of all claims and constituted a final judgment making all orders subject to appeal.

PLA. NOTICE OF APPEAL - 1

John R. Bonin, P.S.
PO Box 783
Shelton, WA 98584
T: (360) 427-7474
F: (360) 427-7475

1 | Dated this 2nd day of February, 2026

2 | Respectfully submitted:

3 | JOHN R. BONIN, P.S.

4

5

6 | _____

7 | John R. Bonin, WSBA #25760

8 | Attorney for Plaintiff

PLA. NOTICE OF APPEAL - 2

John R. Bonin, P.S.
PO Box 783
Shelton, WA 98584
T: (360) 427-7474
F: (360) 427-7475